In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-193 CR


____________________



JOSEPH SARIAH, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 81205






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Joseph Sariah, Jr., to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and counsel of record is aware of the motion. No opinion has issued in this
appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered October 20, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.